# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 07-60220-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
        Plaintiff,

v.

VAL M. NORTHCUTT,
FRANCESCO SCAGLIA,
        Defendants.

----------------------------------------/

## ORDER ON MAGISTRATE JUDGE'S REPORT
## AND RECOMMENDATION

**THIS CAUSE** come before the court upon the Report and Recommendation of a United States Magistrate Judge as to defendant Val M. Northcutt's motion to dismiss the indictment for vagueness, [DE 120], motion to dismiss the indictment on grounds of duplicity, [DE 122], and motion to strike prejudicial surplusage from the indictment, [DE 123]. Upon consideration of the Report and Recommendation and in accordance with *28 U.S.C. §636 (B)(1)(c)*, as no timely objections have been filed, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. The motion to dismiss the indictment for vagueness; motion to dismiss the indictment on grounds of duplicity; and motion to strike prejudicial surplusage from the indictment are **denied**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this __15__ day of January, 2008.

**copy furnished:**
U.S. Magistrate Judge Ann Vitunac
AUSA John B. Dugan
David O. Markus, Esq.
Marissel Descalzo, Esq.

Daniel T. K. Hurley
United States District Judge